An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF PARENTAL RIGHTS AS TO: S.E.L.T. | No. 61508 |
| ANGELA R.B., Appellant, vs. CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, Respondent. | |
| IN THE MATTER OF PARENTAL RIGHTS AS TO: D.J.J.T. | No. 61509 ✔ |
| ANGELA R.B., Appellant, vs. CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, Respondent. | |

**FILED**

FEB 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

The parties' stipulation to dismiss these appeals, with the parties to bear their own costs and fees, is approved.[1]  NRAP 42(b). Accordingly, we hereby

ORDER these appeals DISMISSED.



_____, C.J.

_____

[1]As it applies to both appeals, the clerk of this court shall file the parties' February 5, 2013, stipulation in Docket No. 61508, as well as in Docket No. 61509.  Although appellant's counsel's December 3, 2012, substitution of attorney similarly was filed only in Docket No. 61509, we read the substitution as applying to appellant's representation in both appeals and direct the clerk to also file that document in Docket No. 61508.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-05709

cc: Hon. Frank P. Sullivan, District Judge, Family Court Division
Nevada Justice Group, Ltd.
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk